# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Kerry Kessler and Lisa Kessler, ) | |
| ) | **ORDER OF DISMISSAL** |
| Plaintiffs, ) | **WITH PREJUDICE** |
| ) | |
| vs. ) | Case No. 4:03-cv-030 |
| ) | |
| Canadian Pacific Railway, d/b/a ) | |
| Soo Line Railroad Company, ) | |
| ) | |
| Defendants. ) | |

___

On December 27, 2007, the parties filed a pleading entitled "Stipulation of Dismissal With Prejudice." The Court **ADOPTS** the stipulation in its entirety (Docket No. 35) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court